PROBATION FORM NO. 35     Report and Order Terminating Probation/
(1/92)                                                                  Supervised Release
                                                                  Prior to Original Expiration Date

# United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                                Crim. No.:    3:02CR00218(AVC)

Francis R. Sablone, Jr.                                    Re: **Early Termination of Supervision**

On **August 17, 2004** the above named was placed on PROBATION for a period of **4** years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Mark D. Myers
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this _4th_ day of _April_, 20_08_.

_____
The Honorable Alfred V. Covello
Senior United States District Court Judge