**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA      :
                              :
v.                            :      Criminal No.
                              :      3:02CR00218(AVC)
FRANCIS R. SABLONE, JR.       :

**ORDER**

The clerk is directed to correct the electronic file for document no. 68, so that only the court's order is docketted at that entry. Further, the clerk is directed to seal document no. 67, as the letter motion contains personal information that should not be publically accessible.

It is SO ORDERED this 21st day of May, 2008, at Hartford, Connecticut.

                        ___/ s /_____
                        Alfred V. Covello
                        United States District Judge